UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU YU LIM, Plaintiff, v. EXPEL, INC., Defendant. | Case No.: 3:24-cv-02284-W-AHG **ORDER SETTING SETTLEMENT CONFERENCE** |

Following the July 10, 2026 Settlement Conference, the Court issued a Mediator's Proposal, which both parties accepted. ECF No. 50. Accordingly, IT IS ORDERED that an all-day, **in-person** Settlement Conference is **SET** for **<u>October 7, 2026,</u>** beginning at **<u>9:30 a.m.</u>** before Magistrate Judge Allison H. Goddard. In accordance with the Local Rules, the Court requires the attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. Defendant's client representative may appear via videoconference.

The Court issues the following **Mandatory Procedures** to be followed in preparation for the Settlement Conference:

1. **<u>Full Settlement Authority Required:</u>** A party or party representative with full and complete authority to enter into a binding settlement must be present. Full authority

to settle means that a person must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485–86 (D. Ariz. 2003). Limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595–97 (8th Cir. 2001). A person who needs to call another person who is not present before agreeing to a settlement does not have full authority.

2. **Optional Supplemental Statements:** No later than **September 30, 2026**, the parties may lodge optional, supplemental statements of five (5) pages or less directly to Judge Goddard's chambers. These statements shall not be filed or served on opposing counsel. They shall be lodged via email at efile_goddard@casd.uscourts.gov. There is no page limit on exhibits.

3. **Participant Information:** No later than **September 30, 2026**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the following:

a. The name and title of each participant;

b. An email address for each participant to receive the conference location information;

c. A telephone number where each participant may be reached; and

d. A cell phone number for that party's preferred point of contact.

**IT IS SO ORDERED.**

Dated: July 24, 2026

Allison H. Goddard

Honorable Allison H. Goddard
United States Magistrate Judge